UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――――

TERRANCE J. JETTER,

            *Plaintiff*,

  -against-

NYS DEPARTMENT OF TAXATION AND FINANCE,
MATTHEW MCNAMARA, GERARD MILLER,
KATHY WAGNER, RONALD CATALANO,
DANICA LYNN, JESSICA CARKNARD, FRANCINE
SCHOONMAKER, DOUGLAS STAFFORD, MARY
RIDER, and TODD LEWIS

            *Defendants*.

1:25-CV-01285-BKS-TWD

―――――――――――――――――――――――――――――――――

## ATTORNEY DECLARATION

  I, Anna Wright, pursuant to 28 U.S.C. § 1746, declare the following to be true and correct under penalty of perjury under the laws of the United States of America:

  1. I am an Assistant Attorney General for the State of New York and appear in this action on behalf of Letitia James, Attorney General for the State of New York, attorney for Defendants, the Defendants New York Department of Taxation and Finance (the Department), Todd Lewis, Danica Linn, Douglas Stafford, Jessica Carknard, Katherine Wagner, and Ron Catalano (Defendants).

  2. I make this Declaration in support of Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 8(a)(2), 12(b)(1), and 12(b)(5), seeking dismissal of the Complaint against all defendants.

  3. Plaintiff filed a complaint in federal court on September 15, 2025. (ECF No. 1).

  4. According to the Complaint, Plaintiff is employed by the Department and began work there sometime prior to 2009. *Id.* Plaintiff's complaint alleges that defendants violated various statutes by discriminating against him in certain employment decisions. *Id.* Although the

exact legal basis of the Complaint is unclear, Plaintiff cites to Title VII of the Civil Rights Act (42 U.S.C. §§ 2000e-2000e-17) ("Title VII"), the Age Discrimination in Employment Act of 1967 (29 U.S.C. §§ 621 to 634) ("ADEA"), the NYS Human Rights Law (N.Y. Exec. Law §§ 290-301) (McKinney)) ("NYS-HRL"), and 42 U.S.C. § 1981.

5. Prior to filing the federal complaint, Plaintiff filed a complaint with the Equal Employment Opportunity Commission ("EEOC") on September 11, 2023. (ECF 1 at 15). The EEOC complaint alleged discrimination based on race and age in relation to Plaintiff not being internally hired for positions in May and July 2023. *Id.*

6. For the reasons discussed more fully in the accompanying Memorandum of Law, Defendants move to dismiss pursuant to Rule 8(a)(2) for failure to plead such that Defendants are given sufficient notice of the allegations against them, Rule 12(b)(1) for failure to exhaust administrative remedies; and Rule 12(b)(5) for failure to properly serve.

Dated: November 12, 2025  
      Syracuse, New York

_____s/_____  
Anna Wright  
Assistant Attorney General